UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRACEY MILES, | ) | Case No. CV 16-2508 DDP(JC) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| J. GASTELO, Warden (A), | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Construing Motion as Petition for Writ of Habeas Corpus and Dismissing Petition and Action without Prejudice, IT IS ADJUDGED that the Motion to Vacate Judgment Pursuant to Federal [R]ules of Civil Procedure [R]ule 60(b) filed in this action is construed as a Petition for Writ of Habeas Corpus ("Petition") and that the Petition and this action are dismissed without prejudice.

DATED: May 20, 2016

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE